IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| BEVERLY GRIGSBY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 2:23-CV-00004 |
| WALMART, INC., | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Counsel for Walmart, Inc., hereby notifies the Court that the parties have settled this matter. The parties are currently working to conclude the settlement.

WALMART, INC.

By Counsel

W. Bradford Stallard
 VSB No. 28149
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia  24212-2288
Telephone:  276/628-5151
Facsimile:  276/628-5621
bstallard@pennstuart.com

By  */s/ W. Bradford Stallard*
      W. Bradford Stallard

Abingdon: 1219735-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, a true copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of such e-filing to counsel of record.

>*/s/ W. Bradford Stallard*
>W. Bradford Stallard